# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, P.D. LOCHNER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**SHAWN K. NAUGHTON**
**SONAR TECHNICIAN (SUBMARINE) SECOND CLASS**
**(E-5), U.S. NAVY**

**NMCCA 201400350**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 16 June 2014.
**Military Judge:** CDR Marcus M. Fulton, JAGC, USN.
**Convening Authority:** Commander, Navy Region Hawaii, Pearl Harbor, HI.
**Staff Judge Advocate's Recommendation:** LCDR J.S. Ayeroff, JAGC, USN.
**For Appellant:** CAPT Bree Ermentrout, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**10 February 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court